■ JOAN D'ARCO et al., Respondents, v GENOVESE DRUG STORE, INC., Appellant.—In an action to recover damages for personal injuries, etc., the defendant appeals from an order of the Supreme Court, Nassau County (Levitt, J.), entered August 6, 1987, which granted the plaintiffs' motion for partial summary judgment on the issue of liability and directed a trial on the issue of damages.

Ordered that the order is affirmed, with costs, for reasons

stated by Justice Levitt at the Supreme Court. Lawrence, J. P., Rubin, Eiber and Balletta, JJ., concur.